IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

SUNNY REED                                                                                              PLAINTIFF

vs.                                        Civil No. 6:16-cv-06128

NANCY A. BERRYHILL                                                                              DEFENDANT
Acting Commissioner, Social Security Administration

## J U D G M E N T

    Comes now the Court in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED,** and Plaintiff's Complaint is hereby dismissed with prejudice.

    **ENTERED this 6th day of February 2018.**

                                                         /s/ Barry A. Bryant
                                                          HON. BARRY A. BRYANT
                                                          U. S. MAGISTRATE JUDGE